**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **ANDREW J GRIFFITH, JR** *Individually and as Co-Administrator of the Estate of Shane Griffith,* | : | |
| **Plaintiff,** | : | **CASE NO: 7:26-cv-160–WLS** |
| **v.** | : | |
| **TYRONE OLIVER, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

Presently before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)[1] (Doc. 6) ("Notice"). Pursuant to the Notice, Plaintiff dismisses, without prejudice, all claims against all Defendants, none of whom have served an answer or motion for summary judgment in this action.

For the purpose of completing the record, the Court acknowledges and **CONFIRMS** Plaintiff's Notice (Doc. 6). The above-captioned action is **DISMISSED, WITHOUT PREJUDICE**. The parties shall bear their own fees and costs. Plaintiff shall recover nothing of Defendants.

The pending motion to dismiss (Doc. 4) and motion to stay discovery (Doc. 5) are **DENIED, WITHOUT PREJUDICE, AS MOOT**.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 17th day of August 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

[1] Fed. R. Civ. P. 41(a)(1)(A)(i) provides that "[T]he Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"